IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 05-cv-01781-MSK-CBS

ROBERT B. MAESTAS,

    Plaintiff,

v.

WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (filed March 28, 2006; *doc. no. 13*) is STRICKEN for failure to comply with District of Colorado ECF Procedure V.L.

    Before re-filing parties should note the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to attach the stipulated protective order as an *attachment* to the Motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

    Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**    April 5, 2006