IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 05-cv-01781-MSK-CBS

ROBERT B. MAESTAS,

    Plaintiff,

v.

WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (filed April 6, 2006; *doc. no. 16*) is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    April 6, 2006