IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01781-MSK-CBS

ROBERT B. MAESTAS,

    Plaintiff,

v.

WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,
a foreign corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

The above entitled matter, having come before the Court on the Stipulated Motion for Dismissal with Prejudice **(#22)**, filed on behalf of Plaintiff Robert Maestas and Defendant Western Reserve Life Assurance Co. of Ohio, the Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs incurred in connection with this action. The Clerk shall closed this case.

Dated this 11th day of May 2006.

                          **BY THE COURT:**

                          *Marcia S. Krieger*

                          Marcia S. Krieger
                          United States District Judge